■ In the Matter of JOHN B. PHARR, JR., an Attorney.—Respondent reinstated as an attorney and counselor at law of the State of New York upon taking the appropriate oath. Concur—Murphy, P. J., Kupferman, Lupiano, Birns and Silverman, JJ.

■ In the Matter of GEORGE R. OSBORNE, an Attorney.—Respondent reinstated as an attorney and counselor at law of the State of New York. Concur—Murphy, P. J., Kupferman, Lupiano, Birns and Silverman, JJ.

■ In the Matter of NATIONAL ASSOCIATION OF RESIDENTS AND INTERNS, INC., et al., Petitioners.—Application for an order approving the proposed group legal services plan organized by petitioners and for other relief denied. *(Matter of Connors [Katz], 57 AD2d 580.)* Concur—Murphy, P. J., Kupferman, Lupiano, Birns and Silverman, JJ.

■ DREW CHEMICAL CORPORATION, Appellant, v FIDELITY AND CASUALTY COMPANY OF NEW YORK, Respondent.—Motion, insofar as it seeks leave to appeal to the Court of Appeals granted; motion, insofar as it seeks reargument, granted to the extent of withdrawing the memorandum decision filed with the order of this court entered on September 29, 1977 (59 AD2d 612), and substituting a new memorandum decision therefor, as follows: Judgment, Supreme Court, New York County, entered April 13, 1976, dismissing the complaint after trial, is unanimously affirmed, with costs, for the reasons stated by Schackman, J., at Trial Term. We add only, with respect to the claim that defendant insurance company's lateness in disclaiming precludes it from disputing coverage on principles of waiver and estoppel, that as this court observed in *Simpson v Phoenix Mut. Ins. Co.* (30 AD2d 265, 268, affd 24 NY2d 262): "it is settled law that waiver or estoppel may not be invoked to create insurance coverage where none exists under the policy as written". The memorandum decision of this court herein released September 29, 1977 (59 AD2d 612), is withdrawn. Concur—Silverman, J. P., Evans, Capozzoli and Lynch, JJ.

■ MATZEL CONSTRUCTION Co., INC., Respondent, v ALEXANDRE V. YAREMENKO, Appellant, et al., Third-Party Defendant.—Appeal from order, Supreme Court, New York County, entered on April 25, 1977, unanimously dismissed as moot, without costs and without disbursements, in view of the conceded amendment of the pleadings, which amended pleadings were not furnished to this court and do not form a part of the record on this appeal. This determination is without prejudice to an appropriate application at Special Term based on the present pleadings. Concur—Kupferman, J. P., Silverman, Lane and Markewich, JJ.

■ FREDERICK S. DANZIGER et al., Appellants, v KENNECOTT COPPER CORPORATION et al., Respondents.—Order, Supreme Court, New York County, entered on December 5, 1977, unanimously affirmed on the opinion of Kirschenbaum, J., at Special Term. Respondents shall recover of appellants $40 costs and disbursements of this appeal. Concur—Murphy, P. J., Birns, Silverman and Markewich, JJ.